**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7812**

———————

MANUEL RAUL REYO PENA GARCIA MONTERO,

Petitioner - Appellant,

versus

GEORGE M.W. BUSH, UnPresident,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (CA-03-2928-WDQ)

———————

Submitted: February 19, 2004          Decided:  February 26, 2004

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Manuel Raul Montero, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Manuel Raul Montero, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Montero v. Bush, No. CA-03-2928-WDQ (D. Md. filed Oct. 27, 2003 & entered Oct. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED